# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 26, 2018

**BY ECF**

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 2240
New York, New York 10007

Re:   **United States v. Mohammad Salameh**
      **Docket Nos 93-cr-180; 16-cv-5184**

Dear Judge Kaplan:

Yesterday, the government wrote to the court requesting a briefing schedule in light of the decision in Barrett. There is a pending application in Barrett for reargument. As a result the government has agreed in other similarly situated cases to stay briefing until the Second Circuit issues a mandate in Barrett. With the consent of the government and the consistent with other such cases, we request similar stay in this case.

Respectfully submitted,

/s/
**PHILIP L. WEINSTEIN**
Assistant Federal Defender

PLW/gv

cc:   Elinor Tarlow, Esq.
      Assistant United States Attorney
      Southern District of New York