To: Mr. Daniel Patrick Moynihan
Clerk of The Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



RECEIVED JUN 11 2019 JUDGE KAPLAN'S CHAMBERS

June 4, 2019

From: Mohammad Salameh
Reg. # 34338-054
U.S. Penitentiary - Big Sandy
P.O. Box 2068
Inez, KY 41224

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 12 2019

Re: Mohammad Salameh v. United States of America.
  19-cv-4002 (LAK)
  93 cr 180 (LAK)

Dear Clerk Moynihan,

Today on the above date, I received a copy from IFP and Prisoner Authorization forms from the Court, and I immediately filled them and signed them, and attached to them a 3-page "Inmate Inquiry" dated May 21, 2019. So, enclosed are the IFP and Prisoner Authorization forms signed by me on the above date (June 4, 2019) as instructed and ordered by Court.

Please note that the USP Big Sandy authority has provided me with a copy from

Cont'd, Page 2 →

Clerk Moynihan's letter cont'd,     Page Two     06-04-19

→ the IFP and Prisoner Authorization forms, not the originals, simply because the new rules in USP Big Sandy dictates to provide a copy from the envelope and all material inside the envelope to the prisoner. So the only way to avoid that, Clerk Moynihan, is to mark the front of the Court's envelope with a statement says "Special Mail" or "Legal Mail" in order for the prisoner to receive the original forms or any other material sent from Court. Receiving the original forms and documents is crucial for filing effectively, especially when the institution provides lousy copies done in hasty way without care or paying attention to how to copy professionally!

   Thank you in advance for your time and consideration.

                                          Respectfully,

                                          Mh'd
                                          Mohammad Salameh,
                                          Plaintiff, in pro se

INMATE NAME: Mohammad Salameh
REGISTER #: 34338-054
UNITED STATES PENITENTIARY, BIG SANDY
P.O. BOX 2068
INEZ, KY. 41224

Special Mail
June 4, 2019



◇34338-054◇
Lewis A Kaplan
U.S District Judge
500 Pearl ST
U.S.Courthouse,Clerkoffice
NEW YORK, NY 10007
United States