UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOHAMMAD SALAMEH,
(full name of the plaintiff/petitioner)

19 CV 4002 (LAK) ( )
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

-against-

93 cr 180 (LAK)

UNITED STATES OF AMERICA,

(full name(s) of the defendant(s)/respondent(s))

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 2 2019

**PRISONER AUTHORIZATION**

By signing below, I acknowledge that:

(1) because I filed this action as a prisoner,[1] I am required by statute (28 U.S.C. § 1915) to pay the full filing fees for this case, even if I am granted the right to proceed *in forma pauperis* (IFP), that is, without prepayment of fees;

(2) the full $350 filing fee will be deducted in installments from my prison account, even if my case is dismissed or I voluntarily withdraw it.

I authorize the agency holding me in custody to:

(1) send a certified copy of my prison trust fund account statement for the past six months (from my current institution or any institution in which I was incarcerated during the past six months);

(2) calculate the amounts specified by 28 U.S.C. § 1915(b), deduct those amounts from my prison trust fund, and disburse those amounts to the Court.

This authorization applies to any agency into whose custody I may be transferred and to any other district court to which my case may be transferred.

June 4, 2019                                    Mohd
Date                                            Signature

Salameh, Mohammad, A.                           34338-054
Name (Last, First, MI)                          Prison Identification #

USP Big Sandy, P.O.Box 2068,   INEZ      KY      41224
Address                        City      State   Zip Code

---

[1] A "prisoner" is "any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions of

# Inmate Inquiry

[PRINT]

| | | | |
|---|---|---|---|
| Inmate Reg #: | 34338054 | Current Institution: | Big Sandy USP |
| Inmate Name: | SALAMEH, MOHAMMAD | Housing Unit: | BSY-A-B |
| Report Date: | 05/21/2019 | Living Quarters: | A04-216U |
| Report Time: | 12:17:32 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 8622 |
| PAC #: | 961046801 |
| Revalidation Date: | 25th |
| FRP Participation Status: | No Obligation |
| Arrived From: | ATL |
| Transferred To: | |
| Account Creation Date: | 9/26/2002 |
| Local Account Activation Date: | 3/14/2019 3:14:39 AM |
| Sort Codes: | |
| Last Account Update: | 5/21/2019 10:38:20 AM |
| Account Status: | Active |
| Phone Balance: | $4.90 |

*J. Findly A2CCC*
*5-21-2019*

### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $0.00 |
| Pre-Release Deduction %: | 0% |
| Income Categories to Deduct From: | ☐ Payroll   ☐ Outside Source Funds |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

## Account Balances

| | |
|---|---|
| Account Balance: | $425.33 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |

| | |
|---:|:---|
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $425.33 |
| National 6 Months Deposits: | $950.00 |
| National 6 Months Withdrawals: | $708.05 |
| Available Funds to be considered for IFRP Payments: | $500.00 |
| National 6 Months Avg Daily Balance: | $339.13 |
| Local Max. Balance - Prev. 30 Days: | $704.63 |
| Average Balance - Prev. 30 Days: | $525.07 |

## Commissary History

### Purchases

| | |
|---:|:---|
| Validation Period Purchases: | $40.55 |
| YTD Purchases: | $157.65 |
| Last Sales Date: | 5/21/2019 10:38:20 AM |

### SPO Information

| | |
|---:|:---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

### Spending Limit Info

| | |
|---:|:---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Bi-Weekly Revalidation: | Yes |
| Spending Limit: | $180.00 |
| Expended Spending Limit: | $15.25 |
| Remaining Spending Limit: | $164.75 |

## Commissary Restrictions

### Spending Limit Restrictions

| | |
|---:|:---|
| Restricted Spending Limit: | $0.00 |
| Restricted Expended Amount: | $0.00 |
| Restricted Remaining Spending Limit: | $0.00 |
| Restriction Start Date: | N/A |
| Restriction End Date: | N/A |

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

**Comments**

Comments:

---