

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 20, 2019

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *Mohammad Salameh* **v.** *United States*, **93 Cr. 180 (LAK)**

Dear Judge Kaplan:

    The Government respectfully submits this letter requesting an extension to file its response to the defendant's motion for the return of property under Federal Rule of Criminal Procedure 41(g).  The Government's position is that the defendant is not entitled to the return of several thousand dollars seized at the time of his arrest because he still owes millions of dollars in court-ordered restitution.  The Government is making efforts to track down the whereabouts of the property at issue so that it can be applied to the defendant's restitution obligation.  The Government expects that it will have more information soon and will be in a position to file its response to the Court within sixty days.  For these reasons, the Government requests an additional sixty days to respond to the motion.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York

By:   /s/ Danielle R. Sassoon
    Danielle R. Sassoon
    Assistant United States Attorney
    (212) 637-1115