

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 10, 2019

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:  *Mohammad Salameh* **v.** *United States*, **93 Cr. 180 (LAK)**

Dear Judge Kaplan:

The Government respectfully submits this letter in response to the defendant's motion for the return of property under Federal Rule of Criminal Procedure 41(g). The defendant's motion should be denied. The defendant's sentence included a fine of $250,000 and restitution in the amount of $250,000,000. Pursuant to 18 U.S.C. § 3613(c), a statutory lien was created in favor of the United States on all property and rights to property belonging to Salameh once judgment was entered. The United States' lien remains effective until restitution has been paid in full, or the obligation expires. The defendant has not satisfied his payment obligations. For that reason, Judge Duffy denied an identical motion made by the defendant, as well as a request for the court to reconsider the denial of that motion. (Dkt. No. 812; Exhibit A). As Judge Duffy stated, "[U]ntil the above amounts [fine and restitution] have been paid, the defendant has no claim whatsoever." (Exhibit A). The defendant has identified no basis for the Court to reconsider this already twice-denied request, and the Government respectfully requests that the motion be denied.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By:   /s/ Danielle R. Sassoon
Danielle R. Sassoon
Assistant United States Attorney
(212) 637-1115

Cc: The defendant (by certified mail)

# Exhibit A

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES                       :
                                    :
                Plaintiff,          :
                                    :
       -against-                    :      S5 93 Cr 180 (KTD)
                                    :          ORDER
Mohammed A. Salameh                 :
                                    :
                Defendants.         :
------------------------------------X
```

KEVIN THOMAS DUFFY, U.S.D.J.:

    I am in receipt of a letter written by Mohammed Salameh moving this court to return $2,615.00 in United States currency seized from him at the time of his arrest. He argues that since the money was never used as evidence in his trial and all of his appeals are over, the money should be returned. In the alternative, Mr. Salameh asks what he should do in order to get this money back.

    At sentencing, I directed Mr. Salameh to pay a fine in the amount of $250,000.00 and make restitution in the amount of $250,000,000.00. Until the above amounts have been paid, the defendant has no claim whatsoever. The application is therefore denied.

**SO ORDERED.**
DATED: New York, NY
       April 6, 2004

Copies Mailed to Counsel of Record 4/8/04

_____
KEVIN THOMAS DUFFY, U.S.D.J.

1

DOC # 813

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES                       :
                                    :
            Plaintiff,              :
                                    :
    -against-                       :    S5 93 Cv 180 (KTD)
                                    :        ORDER
Mohammed A. Salameh                 :
                                    :    93CR180 (KTD)
            Defendants.             :
------------------------------------X

KEVIN THOMAS DUFFY, U.S.D.J.:

I am in receipt of a letter written by Mohammed Salameh moving this court to reconsider the denial of his request for the return of $2,615.00 in United States currency seized from him at the time of his arrest. Having reviewed Mr. Salameh's submission I am convinced it is without merit. Therefore, the motion for reconsideration is denied.

**SO ORDERED.**
DATED:  New York, NY
        June 29, 2004

                                    _____
                                    KEVIN THOMAS DUFFY, U.S.D.J.

1