UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOHAMMAD SALAMEH

Plaintiff,

vs.

UNITED STATES OF AMERICA

Defendant.

**MEMO ENDORSED**

19-cv-4002 (LAK)
93-cr-180 (LAK)

Motion For Update Status And Seeking Clarification For November 19, 2019's Court Order

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-16-2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-15-20

RECEIVED
JAN 15 2020
PRO SE OFFICE

Plaintiff Mohammad Salameh, respectfully submits this Motion seeking an Update Status of this action and seeking a Clarification from this honorable Court for its November 19, 2019's Order (Document 19), in which the Court ordered the Government (Defendant) to return Plaintiff's property promtly.

Here, Plaintiff Mohammad Salameh is seeking an Update Status of this action, and a Clarification from this Court for November 19, 2019's Order to the Government to return Plaintiff's $2,615.00 in U.S. Currency, after the Government's response to

— 1 —

Memorandum Endorsement                    Salameh v. United States, 19-cv-4002 (LAK)

Plaintiff raises three questions. The answers, to the extent answers are appropriate, are these:

1. Plaintiff moved under Fed R Crim P 41(g) for the return of $1,515 in U.S. currency, $1,100 in U.S. currency, and 32 dinars taken from him together with interest. The Court ultimately order the return of the property to plaintiff. The property referred to was that taken from plaintiff, to wit, $2,615 in U.S. currency and 32 dinars.

2. The Court declines to elaborate on the meaning of "promptly."

3. Rule 41(g) provides a remedy for the unlawful search and seizure, or deprivation, of property. The remedy is "the property's return." It does not provide for the recovery of interest.

The Clerk shall terminate Dkt 21.

SO ORDERED.

Dated:        January 16, 2020

_____
Lewis A. Kaplan
United States District Judge