USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___MAR 3 2020___

RECEIVED
MAR 02 2019
JUDGE KAPLAN'S CHAMBERS

Mohammad Salameh
Reg. # 34338-054
U.S. Penitentiary Big Sandy
P.O. Box 2068
Inez, KY 41224

**MEMO ENDORSED**

Ms. Danielle R. Sassoon
Assistant United States Attorney
United States Attorney
Southern District of New York
The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, NY 10007

The Clerk shall enter
judgment for Salameh
against the government
in the amount of
$2615.00.

SO ORDERED

LEWIS A. KAPLAN / USDJ
3/3/2020

February 19, 2020

Re: Mohammad Salameh v. United States
    19-cv-4002 (CLAK)
    93-cr-180 (CLAK)

Dear Ms. Sassoon,

    Exactly three months ago on November 19,
2019, United States District Judge Lewis A. Kaplan,
has ordered the Government to return my
property, which was seized from me by the FBI
during my arrest on March 4, 1993. The seized
property consisted of $2,615.00 in U.S. Currency.

AUSA Sassoon's letter contd, Page Two      FEB. 19, 2020

However, until this time the Government has not returned anything to me which maybe considered some type of disregard to the Court's Order, simply because the Judge's Order used the term "promtly" when issued the order.

Also I would like to remind you that in my Civil Action/Motion For The Return of Property, I demanded that the return of my property to include any interest on the $2,615.00 during the 26+ years. In addition to that the cost of this Action which is $400.00 for Court Fees, plus $16.60 for copies, plus postage, plus What the Judge deems appropriate. So the total will be at least $416.60 + 2,615.00 + the interest which is 4.98%.

I'll appreciate it if you return all those above mentioned amounts to me to my prison trust fund as soon as possible. And thank you in advance.

Respectfully,

Mohd
Mohammad Salameh

cc. The Honorable Judge Lewis A. Kaplan,
     U.S. District Judge

INMATE NAME: *Mohammad Salameh*
REGISTER # __34338-054__
UNITED STATES PENITENTIARY, BIG SANDY
P.O. BOX 2068
INEZ, KY. 41224

FEB. 19, 2020

Special Mail

SDNY
PRO SE

CHARLESTON WV 250

20 FEB 2020 PM 1 L

1C0007-131808

Lewis A Kaplan
U.S District Judge
500 Pearl ST
U.S. Courthouse, Clerk office
NEW YORK, NY 10007
United States

RECEIVED
SDNY PRO SE OFFICE
2020 FEB 26 AM 9:42