Mohammad Salameh
Reg. #34338-054
U.S. Penitentiary Big Sandy
P.O. Box 2068
Inez, KY 41224

May 13, 2020

Ms. Danielle R. Sassoon
Assistant U.S. Attorney
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007-1703

Re: Mohammad Salameh v. United States
19-cv-4002 (LAK)
93-cr-0180 (LAK)

Dear Ms. Sassoon,

I am writing you this letter concerning the U.S. District Court's Order on Nov. 19, 2019, and the Court's Judgment on my behalf on March 4, 2020, concerning my Civil Action 19-cv-4002 (LAK) for Return of Property ($2,615.00).

It has been almost six (6) months since Judge Kaplan's Order to return my property on Nov. 19, 2019, and over two months since the Court's Judgment on Salameh's behalf against

cont'd, Page 2 →

AUSA's ltr, cont'd,        Page Two       May 13, 2020

⇒ the government in the amount of $2,615.00, on March 4, 2020, and still you have not returned my $2,615.00 yet.

Would you please return my $2,615.00 as soon as possible, or let me know if the money are lost or unavailable or something else.

I shall wait for your response.

Thank you.

Respectfully,

Moh'd
Mohammad Salameh

cc. Hon. Judge Kaplan
    U.S. District Judge
cc. file

NAME: Mohammad Salameh
CR # 34338-054
UNITED STATES PENITENTIARY, BIG SANDY
P.O. BOX 2068
INEZ, KY. 41224

USMS

Special Mail
May 13, 2020

⇦ 34338-054 ⇦
Lewis A Kaplan
U.S District Judge
500 Pearl ST
U.S.Courthouse,Clerkoffice
NEW YORK, NY 10007
United States

