UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/9/22
```

OFFICE OF THE CLERK
500 Pearl St.
New York, NY 10007


RECEIVED JAN 10 2022 JUDGE KAPLAN'S CHAMBERS

Case No. 93-cr-180(LAK)

I, **MOHAMMAD SALAMEH**, FBOP Reg#: 34338-054 herein am requesting a printed physical copy of my Trial Transcripts for the above mentioned case that was assigned to U.S. District Judge: LEWIS A. KAPLAN.

To be clear, my "original" Trial Transcripts were lost while I was in transit in the year 2002 to the ADX Supermax Prison in Florence, Colorado. These transcripts are required for the purposes of my 42 U.S.C. §2255 petition.

NOTE: In the event that physical copies cannot be provided, digital copies on a DISC will suffice.

RESPECTFULLY SUBMITTED

_MS_
Mohammad Salameh
December 27, 2021

NAME: Mohammad Salameh
NUMBER: 34338-054
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

Dec. 27, 2021

RECEIVED
JAN 10 2022
JUDGE KAPLAN'S CHAMBERS

⇔ 34338-054 ⇔
Lewis A Kaplan
U.S. District Judge
500 Pearl ST
NEW YORK, NY 10007
United States

10007-131608

INDIANAPOLIS IN 460
29 DEC 2021 PM 5 L

PURPLE HEART
FOREVER