COPY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 8-3-22

RECEIVED AUG 03 2022 JUDGE KAPLAN'S CHAMBERS

SOUTHERN DISTRICT OF NEW YORK

MOHAMMAD SALAMEH,
    Movant,

— against —

UNITED STATES OF AMERICA,
    Respondent.

Case No. 22-cv-3267 (LAK)
(93-cr-0180 (LAK))

Movant's Motion For Appointment of Counsel In Light of The Latest U.S. Supreme Court's Ruling on 924(c)3(A), And In Light of The U.S. Court of Appeals For The Second Circuit's Order, And In Light of The United States District Court's Order To The Government On July 8, 2022.

Movant MOHAMMAD SALAMEH, respectfully prays that this Honorable Court appoints a Counsel to represent him in his §2255 Motion in light of the latest U.S. Supreme Court's ruling on 924(c)3(A), and in light of the U.S. Court of Appeals for the Second Circuit's Order to this Court, and in light of this Court's Order to the Government on July 8, 2022 to answer the Movant's Motion for relief pursuant to 28 U.S.C. §2255, (Doc. 5).

Respectfully submitted,

Moh'd

MOHAMMAD SALAMEH

July 21, 2022
Date



Mohammad Salameh
#34338-054
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

Hon. Lewis A. Kaplan, U.S. District Judge
U.S. District Court Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007

RECEIVED
AUG 01 2022
JUDGE KAPLAN'S CHAMBERS