

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 6, 2022

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *Mohammad Salameh* v. *United States*, 22 Civ. 3267 (LAK)/93 Cr. 180 (LAK)

Dear Judge Kaplan:

    The Government respectfully requests a three-week extension, to October 27, 2022, to file its opposition to Salameh's Section 2255 motion, in light of other case commitments and briefing deadlines. In the event the Court intends to grant Salameh's request for the appointment of counsel, the Government respectfully requests that its deadline for opposing Salameh's motion be extended until after appointed counsel makes any supplemental submissions.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By:   /s/ Danielle R. Sassoon
    Danielle R. Sassoon
    Assistant United States Attorney
    (212) 637-1115

cc:   Mohammad Salameh (by Mail)