**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-1-22

November 1, 2022

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: ***Mohammad Salameh* v. *United States*, 22 Civ. 3267 (LAK)/93 Cr. 180 (LAK)**

Dear Judge Kaplan:

On October 26, 2022, the Government requested an adjournment of its deadline to file a response to the defendant's Section 2255 motion, which the Court granted. The Government's letter, however, asked for a 45-day extension but misstated the proposed deadline as November 12, 2022, instead of December 12, 2022. For clarity's sake, the Government therefore respectfully requests that the Court approve the adjournment of the Government's deadline to respond to the defendant's Section 2255 to December 12, 2022.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ Danielle R. Sassoon
Danielle R. Sassoon
Assistant United States Attorney
(212) 637-1115

cc: Mohammed Salameh (by Mail)

Granted

SO ORDERED

LEWIS A. KAPLAN, USDJ
11/1/22