USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12-14-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MOHAMMAD SALAMEH,

                  Movant,

                -against-                          22-cv-3267 (LAK)
                                                       (93-cr-0180 (LAK))

UNITED STATES OF AMERICA,

                  Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        On November 1, 2022, the Court approved the government's request to adjourn its deadline to respond to movant's Section 2255 motion to December 12, 2022. The government filed its response on that date. Any reply on behalf of movant shall be served and filed no later than January 4, 2023.

        This order supersedes the order previously filed on July 8, 2022 (Dkt. 5 in 22-cv-3267, Dkt. 1033 in 93-cr-0180).

        SO ORDERED.

Dated:     December 14, 2022

                                                                         Lewis A. Kaplan
                                                                United States District Judge