```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/25

-against-                                                                    93-cr-180 (LAK)

MOHAMMAD A. SALAMEH,

                              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MEMORANDUM AND ORDER

LEWIS A. KAPLAN, *District Judge.*

        Defendant Mohammad A. Salameh moves for a writ of mandamus to compel the United States Attorney's Office to notify the Secretary of Treasury that he has a debt that is over 120 days delinquent that is subject to administrative offset. He claims that the United States Attorney's Office has failed to comply with its obligation under 31 U.S.C § 3716(c)(6)(A), which provides that "[a]ny Federal agency that is owed by a person a past due, legally enforceable nontax debt that is over 120 days delinquent, including nontax debt administered by a third party acting as an agent for the Federal Government, shall notify the Secretary of the Treasury of all such nontax debts for purposes of administrative offset under this subsection."

        Salameh asserts that the Court has jurisdiction under 18 U.S.C. § 3231, in connection to his criminal case, because the fine and restitution which constitute the debt arise from that case. However, assuming he has any rights under the statutes cited, which the Court does not now address, they should be the subject of a separate civil action. Because the Court lacks subject matter jurisdiction, Salameh's motion for an order of mandamus is denied.

SO ORDERED.

Dated:     August 29, 2025

                                                                       Lewis A. Kaplan
                                                               United States District Judge